FILED by YH D.C.

Nov 29, 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **18-20915-CR-WILLIAMS/TORRES**

18 U.S.C. § 371
18 U.S.C. § 659
18 U.S.C. § 981(a)(1)(C)
28 U.S.C. § 2461(c)

UNITED STATES OF AMERICA,

v.

WILLIAM ROMAN,

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy To Steal Goods From Interstate Shipment
### (18 U.S.C. § 371)

On or about April 4, 2018, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**WILLIAM ROMAN,**

did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to commit an offense against the United States, that is, to knowingly embezzle, steal, unlawfully take, and carry away goods valued at $1,000 or more, namely, 369 cases of tobacco products, from a motortruck, trailer, and other vehicle, with intent to convert to his own use, which goods were moving as, and which were part of, and which constituted an interstate and foreign shipment of freight and property, in violation of Title 18, United States Code, Section 659.

## PURPOSE OF THE CONSPIRACY

It was the purpose of the conspiracy for **WILLIAM ROMAN** and his co-conspirators to unlawfully enrich themselves by stealing merchandise while it was being transported in interstate and foreign commerce and then selling that stolen merchandise for profit.

## OVERT ACTS

In furtherance of the conspiracy and to achieve the purpose and object thereof, at least one of the co-conspirators committed or caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following overt acts, among others:

1. On or about April 4, 2018, **WILLIAM ROMAN** arrived, on his day off, at his place of employment, Estes Express Lines, located at 7000 NW 60th Street, Miami, Florida.

2. On or about April 4, 2018, **WILLIAM ROMAN** drove a Great Dane tractor belonging to Estes Express Lines, without company authority, to a trailer parked on company property and filled it with 369 cartons of cigarettes.

3. On or about April 4, 2018, **WILLIAM ROMAN** hitched the Great Dane tractor to the trailer filled with the 369 cartons of cigarettes and drove out of the facility.

4. On or about April 4, 2018, **WILLIAM ROMAN** drove the stolen Great Dane tractor and trailer filled with stolen cigarettes to the area of 4800 NW 72nd Avenue, Miami, Florida.

5. On or about April 4, 2018, an unknown co-conspirator transferred the stolen cigarettes from the stolen trailer to a different trailer.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
### Theft of Goods From Interstate Shipment
### (18 U.S.C. § 659)

On or about April 4, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

**WILLIAM ROMAN,**

did knowingly embezzle, steal, unlawfully take, and carry away goods valued at $1,000 or more, namely, 369 cases of tobacco products, from a motortruck, trailer, and other vehicle, with intent to convert to his own use, which goods were moving as, and which were part of, and which constituted an interstate and foreign shipment of freight and property, in violation of Title 18, United States Code, Sections 659 and 2.

## FORFEITURE ALLEGATIONS

1.   The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **WILLIAM ROMAN**, has an interest.

2.   Upon conviction of a violation of Title 18, United States Code, Section 659, or conspiracy to commit such violation, as alleged in this Indictment, the defendant shall each forfeit to the United States all property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C), which is made criminally applicable by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
ROBERT F. MOORE
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

WILLIAM ROMAN

_____Defendant._____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
- ✓ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

New defendant(s)          Yes ___   No ___
Number of new defendants  ___
Total number of counts    ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect   _____

4. This case will take  3-4  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | |
   |---|---|---|
   | I | 0 to 5 days | ✓ |
   | II | 6 to 10 days | |
   | III | 11 to 20 days | |
   | IV | 21 to 60 days | |
   | V | 61 days and over | |

   (Check only one)

   | | |
   |---|---|
   | Petty | |
   | Minor | |
   | Misdem. | |
   | Felony | ✓ |

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

_____
ROBERT F. MOORE
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5502488

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>**WILLIAM ROMAN**</u>

**Case No:**

Count #: 1

<u>Conspiracy to Steal Goods From Interstate Shipment</u>

<u>Title 18, United States Code, Section 371</u>

<u>**\*Max. Penalty:** 5 Years' Imprisonment</u>

Count #: 2

<u>Theft of Goods From Interstate Shipment</u>

<u>Title 18, United States Code, Section 659</u>

<u>**\*Max. Penalty:** 10 Years' Imprisonment</u>

**\* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**